# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY DARNELL SMITH ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-13-1177-HE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social, ) | |
| Security Administration ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Cory Smith filed this action appealing the final decision of the Commissioner of the Social Security Administration denying his application for supplemental security income. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Charles B. Goodwin, who has recommended that the Commissioner's decision be affirmed. Judge Goodwin generally concluded that the analysis of the administrative law judge (ALJ) regarding the weight to be given to the opinions of plaintiff's treating cardiologist—the sole ground for challenge to the ALJ's decision---was consistent with applicable standards and was adequately supported by the record.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Judge Goodwin's Report and Recommendation, a copy of which is attached to this order, and **AFFIRMS** the final decision of the

1

Commissioner.

**IT IS SO ORDERED**.

Dated this 18th day of March, 2015.

JOE HEATON
UNITED STATES DISTRICT JUDGE